■ FERDINAND D. BENJAMIN, Plaintiff, v. SANTO FARO, Doing Business as SANTO FARO TRUCKING Co., Appellant; L. B. AUTO SALES, INC., et al., Respondents, et al., Defendant.— The liability of the appellant and defendant Giarizzo is a consolidated or unified one under section 211-a of the Civil Practice Act (*Martindale* v. *Griffin*, 233 App. Div. 510, affd. 259 N. Y. 530). For the purposes of contribution — within the meaning of section 211-a — they are jointly and severally liable for the portion of the judgment allocable to the entity they comprise. Judgment and order unanimously affirmed, with costs. Concur — Breitel, J. P., Rabin, Frank, Valente and Bastow, JJ.

■ In the Matter of DANIEL W. BLUMENTHAL, as Trustee, et al., Respondents. IDA KORNBLUM et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ In the Matter of the Arbitration between NANCY C. STANLEY, as Administratrix of the Estate of STANLEY T. STANLEY, Deceased, Appellant, and LEOPOLD WELLISZ, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ ANGELA ALVAREZ, Respondent, v. GALO ALVAREZ, Appellant.— Order unanimously reversed and the proceeding remanded to the Domestic Relations Court for the hearing required by section 128 of the Domestic Relations Court Act. The stay granted by this court to continue until the determination of the remanded proceeding. Settle order on notice. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ DANIEL RUBINO, as Executor of JOSEPH RUBINO, Deceased, Respondent, v. JOSEPH WEINSTEIN, Defendant, and LOUIS ROSENMAN, Appellant and Third-Party Plaintiff. UNITED STATES FIDELITY & GUARANTY COMPANY, Third-Party Defendant.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.